WILLIAM F. STEINMILLER, as President of Local B-830 of International Brotherhood of Electrical Workers, Respondent, v. JOHN J. McKEON et al., Appellants.

Argued March 3, 1942; decided April 16, 1942.

*Moss K. Schenck, David A. Morse, Herman E. Cooper, Herbert C. Kane* and *Leo Guzik* for appellants.

*William Karlin* and *Leo Greenfield* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.